```
1  William D. Thomson, SB#104968
   Attorney at Law
2  1222 Stealth Street
   Livermore, CA  94551
3  Tel:  (925) 606-6725
   Fax:  (925) 447-1078
4
5  Attorneys for Plaintiffs
```

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANNIE JOEL and MARTHA GREIST<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY dba ALLIED INSURANCE, and DOES 1 through 100,<br><br>Defendants. | Case No. C 11-04520 SBA<br><br>**STIPULATION EXTENDING DEADLINE TO COMPLETE MEDIATION AND ORDER THEREON** |

  Plaintiffs MANNIE JOEL and MARTHA GREST (hereinafter "Plaintiffs") and Defendant NATIONWIDE MUTUAL INSURANCE COMPANY (hereinafter "Defendant") hereby stipulate as follows:

  1. Due to the delay in Plaintiffs' obtaining their damage estimate, there is insufficient time for the parties to prepare for and complete the mediation by the April 17, 2012 deadline.

  2. The parties agree to extend the deadline for completion of the mediation an additional 60 days.  The mediation will be completed no later than June 18, 2012.

  Dated:  April 9, 2012

                s/_____
                William D. Thomson
                Attorney for Plaintiffs

Dated:  April 9, 2012

                                                                            s/
                                                                            John T. Burnite
                                                                            Attorney for Defendant

## ORDER

The deadline for completion of the mediation is hereby extended 60 days.  The parties are to complete the mediation no later than June 18, 2012.

Dated:  MAY 4, 2012

                                                           Saundra Brown Armstrong
                                                           United States District Court Judge