1  THOMAS M. HERLIHY (SBN 83615)
   JOHN T. BURNITE (SBN 162223)
2  LISA SILVA PASSALACQUA (SBN 161990)
   WILSON, ELSER, MOSKOWITZ,
3  EDELMAN & DICKER LLP
   525 Market Street, 17th Floor
4  San Francisco, California 94105
   Telephone:  (415) 433-0990
5  Facsimile:  (415) 434-1370
6
   Attorneys for Defendant
7  NATIONWIDE MUTUAL INSURANCE COMPANY
8
9                      UNITED STATES DISTRICT COURT
10                     NORTHERN DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| MANNIE JOEL and MARTHA GREIST, | Case No. C11-04520 SBA |
| Plaintiffs, | **STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON** |
| v. | |
| NATIONWIDE MUTUAL INSURANCE COMPANY dba ALLIED INSURANCE, and DOES 1 through 100, | |
| Defendants. | |

1  It is hereby stipulated by and between the parties to this action, plaintiffs Mannie Joel and
2  Marta Greist and defendant Nationwide Mutual Insurance Company through their attorneys of
3  record William D. Thomson on behalf of plaintiffs Mannie Joel and Marta Greist and Wilson,
4  Elser, Moskowitz, Edelman & Dicker LLP, on behalf of defendant Nationwide Mutual Insurance
5  Company, that the above captioned action has settled, with the parties to bear their own
6  respective fees and costs, and the above captioned matter can be and hereby is dismissed with
7  prejudice in its entirety pursuant to FRCP 41(a)(1).

8  **IT IS SO STIPULATED.**

10  Dated: June 11, 2012        WILLIAM D. THOMSON
11                              ATTORNEY AT LAW

12                              By _____
13                              WILLIAM D. THOMSON
                                Attorneys for Plaintiffs
14                              MANNIE JOEL and MARTHA GREIST

16  Dated: July 13, 2012        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

18                              By _____
                                JOHN T. BURNITE
19                              Attorneys for Defendant
                                NATIONWIDE MUTUAL INSURANCE COMPANY

21                              **ORDER**

23  Good caused appearing, the Court dismisses with prejudice the entire action, each party
24  to bear their own fees and costs.

25  IT IS SO ORDERED.

26
27  Dated: JULY 17, 2012        _____
                                SAUNDRA BROWN ARMSTRONG
28                              United States District Judge

-1-
STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER THEREON
Case No. C11-04520 SBA

891043.1