THOMAS M. HERLIHY (SBN 83615)
JOHN T. BURNITE (SBN 162223)
LISA SILVA PASSALACQUA (SBN 161990)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone:   (415) 433-0990
Facsimile:   (415) 434-1370

Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANNIE JOEL and MARTHA GREIST, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONWIDE MUTUAL INSURANCE COMPANY dba ALLIED INSURANCE, and DOES 1 through 100, <br><br> Defendants. | Case No. C11-04520 SBA <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON** |

It is hereby stipulated by and between the parties to this action, plaintiffs Mannie Joel and Marta Greist and defendant Nationwide Mutual Insurance Company through their attorneys of record William D. Thomson on behalf of plaintiffs Mannie Joel and Marta Greist and Wilson, Elser, Moskowitz, Edelman & Dicker LLP, on behalf of defendant Nationwide Mutual Insurance Company, that the above captioned action has settled, with the parties to bear their own respective fees and costs, and the above captioned matter can be and hereby is dismissed with prejudice in its entirety pursuant to FRCP 41(a)(1).

**IT IS SO STIPULATED.**

Dated: June 11, 2012   WILLIAM D. THOMSON
ATTORNEY AT LAW

By /s/ William D. Thomson
WILLIAM D. THOMSON
Attorneys for Plaintiffs
MANNIE JOEL and MARTHA GREIST

Dated: July 13, 2012   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By /s/ John T. Burnite
JOHN T. BURNITE
Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE COMPANY

### ORDER

Good caused appearing, the Court dismisses with prejudice the entire action, each party to bear their own fees and costs.

IT IS SO ORDERED.

Dated: JULY 17, 2012

/s/ Saundra B. Armstrong
SAUNDRA BROWN ARMSTRONG
United States District Judge